926

No. 92–6035. DRAUGHON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–6394. CANTU v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–6439. CLARK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6942. NEWTON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–6953. DUNN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7120. CANTU v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7213. BONHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7360. SALDIVAR-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7499. JARVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7530. JACOBS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7919. BLUE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7972. RABBANI v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7979. HAMPEL ET VIR v. AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–8191. FUNKHOUSER v. SAFFLE, REGIONAL DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8212. HUNTER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.